A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Jan 27, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 27, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CESSNA 208 SERIES AIRCRAFT PRODUCTS
LIABILITY LITIGATION

Patrick O'Brien, et al. v. Cessna Aircraft Co., et al.,
D. Nebraska, C.A. No. 8:08-525                           MDL No. 1721

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*O'Brien*) on December 22, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *O'Brien*, filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *O'Brien* was dismissed in the District of Nebraska by the Honorable Joseph L. Bataillon on January 20, 2009, pursuant to plaintiffs' motion for voluntary dismissal.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-10" filed on December 22, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel